AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JUN 12 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. **CR -12-136** |
| ) | |
| ING Bank, N.V. ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

ING Bank, N.V. ("ING Bank") understands that it has been accused of one or more felony offenses. ING Bank has been advised of its rights and the nature of the proposed charges against it.

After receiving this advice, ING Bank waives its right to prosecution by indictment and consents to prosecution by information.

Date: June /2, 2012

_____
Jan-Willem Vink
General Counsel, ING Bank, N.V.

_____
J.V. Koos Timmermans
Vice Chairman, Management Board Banking, ING Bank, N.V.

_____
Karen Patton Seymour
Elizabeth T. Davy
Sullivan & Cromwell LLP
Attorneys for ING Bank, N.V.

_____
Judge's signature

Paul L. Friedman, U.S. District Judge
Judge's printed name and title